AO 91, Rev. 11/82 (David Joanson Authorizing)

# CRIMINAL COMPLAINT

| United States District Court | DISTRICT<br>Eastern District of Pennsylvania |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Donald Miller | DOCKET NO<br><br>MAGISTRATE'S CASE NO<br>14-28 |

Complaint for violation of Title 18 United States Code § 1073

| NAME OF JUDGE OR MAGISTRATE<br>Honorable THOMAS J. RUETER | OFFICIAL TITLE<br>U.S. Magistrate Judge | LOCATION<br>Philadelphia, PA |
|---|---|---|
| DATE OF OFFENSE<br>January 6, 2014 | PLACE OF OFFENSE<br>Philadelphia, PA | ADDRESS OF ACCUSED (if known) 1417 N. 29th Street, Philadelphia, PA. |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION

On or about January 6, 2014, in Philadelphia, in the Eastern District of Pennsylvania, defendant Donald Miller, did unlawfully travel in interstate commerce from Philadelphia, Pennsylvania, to the state of Georgia, to avoid prosecution for a murder, a crime that is a felony under the laws of the Commonwealth of Pennsylvania in violation Title 18 United States Code, Section 1073.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE AFFIDAVIT ATTACHED HERETO.

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>William L. McCusker<br><br>OFFICIAL TITLE<br>Task Force Officer, Federal Bureau of Investigation |
|---|---|

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE<br>Honorable Thomas J. Rueter, United States Magistrate Judge | DATE<br>1/9/14 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54

1. I am a Detective with the Philadelphia Police Department and have been so employed for the past 23 years. I am currently assigned as a Task Force Officer to the FBI's Philadelphia Violent Crimes Task Force. I have investigated robberies, burglaries and fugitives among other crimes. I have been the Affiant for affidavits, in support of both search and arrest warrants.

2. On May 17, 2013, the Philadelphia Police Department responded to the area of 2700 Jefferson Street for a report of a "person with a gun." Upon arrival, the police were directed to the 1500 block of North Marston Street. The police were told the victim had been shot and he had been transported by private auto to Saint Joseph's Hospital. On arrival at Saint Joseph's Hospital there was a rescue unit on location and they transported the victim to Hahnemann Hospital. The victim had sustained multiple gunshot wounds and was pronounced dead at Hahnemann Hospital.

3. According to the Philadelphia Police, through their investigation, DONALD MILLER is the primary suspect in the shooting that occurred outside 2719 Jefferson Street. On May 19, 2013, the Philadelphia Police obtained an arrest warrant for DONALD MILLER charging him with Murder and Violation of Uniform Firearms Act (VUFA). A copy of the arrest warrant attached hereto. On May 21, 2013, the Philadelphia Police Department Homicide Unit asked for FBI assistance in locating and arresting DONALD MILLER.

4. The Philadelphia Police Department made several attempts to locate MILLER at his prior known addresses, but were met with negative results.

5. On December 10, 2013, Philadelphia Police Detective Timothy Bass executed a Commonwealth of Pennsylvania search warrant on MILLERS' girlfriend Taenisha Comers' cellular telephone. Detective Bass observed Verizon cellular telephone number 404-670-7102 was contacted 205 times from November 11, 2013 through December 11, 2013. Comer is the mother of MILLERS' baby

son. In addition, On January 6, 2013 Detective McCusker received information from Delphine Dancey who stated she was informed by MILLERS' family members that MILLER is residing in Atlanta, Georgia.

6. Due to the above facts, your affiant believes Dennis Woods has fled the Eastern District of Pennsylvania, in violation of Title 18 United States Code Section 1073.

William L. McCusker
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me this 9 day of January, 2014

Thomas J. Reuter
United States Magistrate Judge